02-10-059-CV














 

 

 

COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00059-CV 

 


 
 
 Michael Smith 
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 Kevin Smith and 
 Jana Henderson
 
 
  
 
 
 APPELLEES 
 
 


 

AND

 


 
 
 Gina Kirkpatrick 
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 Michael A. Smith
 
 
  
 
 
 APPELLEE
 
 


 

------------

 

FROM THE
67th District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1]
AND JUDGMENT

----------

Appellants
filed timely notices of appeal from the trial court’s February 18, 2010 “Final Judgment.”  We received the trial court’s amended order
granting defendant’s motion for new trial signed on July 18, 2010. 

On
July 27, 2010, we informed the parties that it appeared the trial court’s
granting of the motion for new trial rendered these appeals moot and that the
appeals would be dismissed as moot unless, on or before August 6, 2010, any
party desiring to continue the appeals filed a response showing grounds for
continuing the appeals.  Neither party
filed a response.

Therefore,
on this court’s own motion, we dismiss the appeals as moot.  See Tex. R. App. P. 42.3(a), 43.2(f).

PER
CURIAM

 

PANEL: 
MEIER, DAUPHINOT, and WALKER, JJ.  

 

DELIVERED:  August 19, 2010








 











[1]See Tex. R. App. P. 47.4.